# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2903

_____

United States of America

*Plaintiff - Appellee*

v.

Donald Richard Sheldon

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: February 13, 2015
Filed: February 25, 2015
[Unpublished]

_____

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donald Sheldon directly appeals the sentence that the district court[1] imposed upon his guilty plea to a drug offense. His counsel moves to withdraw, and in a brief

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), he argues that the sentence is unreasonable.

Upon careful review, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision), we conclude that the sentence is not unreasonable:  the district court carefully considered relevant sentencing factors and did not commit a clear error in judgment in weighing the factors, and sentenced Sheldon at the bottom of the undisputed Guidelines range, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); <u>United States v. Bridges</u>, 569 F.3d 374, 379 (8th Cir. 2009) (sentencing court has wide latitude to weigh 18 U.S.C. § 3553(a) factors and assign some factors greater weight than others).  Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____